IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROMAN McKINNLEY MOORE,

Plaintiff,

v.

HARRISBURG COMMUNITY
UNIT SCHOOL DISTRICT NO. 3
and KAREN CRANK,

Defendants.                                              Case No. 13-cv-160-DRH-PMF

## ORDER

**HERNDON, Chief Judge:**

Before the Court is defendants' motion to dismiss or strike Counts I and II of plaintiff's amended complaint for failure to state a claim upon which relief can be granted (Doc. 18). Defendants filed their motion on May 1, 2013. Plaintiff's response was due on or before June 3, 2013. As said response date has come and gone, pursuant to LOCAL RULE 7.1(c), the Court deems plaintiff's failure to respond as an admission of the merits of defendants' motion. *See* SDIL-LR 7.1(c). Accordingly, defendants' motion is **GRANTED** (Doc. 18). Thus, plaintiff's amended complaint (Doc. 15) is **DISMISSED without prejudice** for failure to respond to defendants' motion and prosecute this action.

**IT IS SO ORDERED.**
Signed this 6th day of June, 2013.

Digitally signed by
David R. Herndon
Date: 2013.06.06
15:45:17 -05'00'

**Chief Judge**
**United States District Court**